IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN J. BEACHAM, | ) |
|       Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-20-01075-JD |
| MIKE HUNTER, Attorney General of the State of Oklahoma,[1] | ) ) ) ) |
|       Respondent. | ) ) |

## ORDER

Before the Court is a Report and Recommendation [Doc. No. 13] issued by United States Magistrate Judge Amanda Maxfield Green on March 25, 2021, recommending that the Court grant Respondent's Motion to Dismiss [Doc. Nos. 10, 11] and dismiss Petitioner Steven J. Beacham's Petition for Writ of Habeas Corpus [Doc. No. 1] as untimely. The Magistrate Judge advised Petitioner that the deadline to file an objection to the Report and Recommendation was April 15, 2021, and that Petitioner's failure to timely object to the Report and Recommendation would waive his right to appellate review of both factual and legal issues contained in the Report and Recommendation. [Doc. No. 13 at 10].

---

[1] Petitioner named the State of Oklahoma as the respondent in this matter. As explained in the Report and Recommendation, because Petitioner is not incarcerated, the Attorney General of the State of Oklahoma is the proper respondent in this action. *See* Rules 2(a) and 2(b) of the Rules Governing Section 2254 and 2255 Cases. Accordingly, the Court substitutes Mike Hunter, Attorney General of the State of Oklahoma, as respondent in this matter. 28 U.S.C. § 2242; Fed. R. Civ. P. 17(d), 25(d), 81(a)(4).

To date, Petitioner has not timely filed an objection to the Report and Recommendation or requested an extension of time to do so. With no objection being filed, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation [Doc. No. 13] in its entirety and for the reasons stated therein **GRANTS** the Motion [Doc. Nos. 10, 11] and **DISMISSES** this action as untimely.

**IT IS SO ORDERED** this 19th day of May 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE